McGREGOR W. SCOTT
United States Attorney
CHRISTINA McCALL
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

**SEALED** **FILED**

DEC 0 5 2019

CLERK, U S DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

              Plaintiff,

              v.

TIMOTHY ALLEN HORWATH,

              Defendant.

CASE NO. 2 1 9 - CR 0 0 2 1 6 JAM

18 U.S.C. § 2252(a)(2) – Receipt of Child
Pornography; and 18 U.S.C. §§ 2253(a) - Criminal
Forfeiture

# INDICTMENT

The Grand Jury charges: T H A T

TIMOTHY ALLEN HORWATH,

defendant herein, between on or about February 25, 2019, and continuing through on or about October 10, 2019, in the County of Shasta, State and Eastern District of California, did knowingly and intentionally receive one or more visual depictions, including but not limited to:

- (PHANT)(pthc)(otstoi)(toddler suck) 7Yo and papa_mpeg4.mp4;

- 2016-02 - 6yo Emilia New girl 20160101-052926_x264.mp4;

- 4yo (daddypedo pthc) HOTT feeding time daddys lurye load swallowed(Kids Got Talent)(1).mp4

using a means and facility of interstate commerce and which was mailed, shipped, and transported in and affecting interstate commerce, by any means including by computer, and where the production of

INDICTMENT

1

1   such visual depiction involved the use of a minor engaging in sexually explicit conduct, and such visual

2   depiction was of such conduct as defined in Title 18, United States Code, Section 2256(2), all in

3   violation of Title 18, United States Code, Section 2252(a)(2).

4   FORFEITURE ALLEGATION:  [18 U.S.C. § 2253(a) - Criminal Forfeiture]

5       1.    Upon conviction of the offense alleged in this Indictment, defendant TIMOTHY ALLEN

6   HORWATH shall forfeit to the United States pursuant to Title 18, United States Code, Section 2253(a),

7   any and all matter which contained visual depictions produced, transported, mailed, shipped or received

8   in violation thereof; any property, real or personal, constituting or traceable to gross profits or other

9   proceeds the defendant obtained as a result of said violation; and any property, real or personal, used or

10  intended to be used to commit and to promote the commission of such violation, or any property

11  traceable to such property, including but not limited to:

12      a.  Toshiba Satellite laptop computer, model PSLL0U, serial number 69405425Q;

13      b.  Black LG cellphone, model LGMS330, serial number 512CYCV041987; and

14      c.  Black Alcatel TCL phone, model A502DL, IMEI 015145002005706.

15      2.    If any property subject to forfeiture as a result of the offense alleged in this Indictment,

16  for which defendant is convicted:

17      a) cannot be located upon the exercise of due diligence;

18      b) has been transferred or sold to, or deposited with, a third party;

19      c) has been placed beyond the jurisdiction of the Court;

20      d) has been substantially diminished in value; or

21  / /

22  / /

23  / /

24  / /

25  / /

26  / /

27  / /

28  / /

1          e) has been commingled with other property which cannot be divided without difficulty;

2    it is the intent of the United States, pursuant to Title 18, United State Code, Section 2253(b),

3    incorporating Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of

4    said defendant, up to the value of the property subject to forfeiture.

5

6                             A TRUE BILL.

7

8                            **/s/ Signature on file w/AUSA**

                                FOREPERSON

9

10   McGREGOR W. SCOTT

11   United States Attorney

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

*No.* __2: 1 9 - CR 0 0 2 1 6 JAM__

# UNITED STATES DISTRICT COURT

*Eastern District of California*

*Criminal Division*

## THE UNITED STATES OF AMERICA
*vs.*

### TIMOTHY ALLEN HORWATH

## I N D I C T M E N T

**VIOLATION(S):**   18 U.S.C. § 2252(a)(2) –Receipt of Child Pornography
18 U.S.C. § 2253(a) - Criminal Forfeiture

*A true bill,*

## /s/ Signature on file w/AUSA

*Foreman.*

*Filed in open court this* __5th__ *day*

*of* __December__ *, A.D. 20* __19__

*Clerk.*

*Bail, $* _____ **NO BAIL WARRANT**

GPO 863 525

## United States v. Timothy Allen Horwath
### Penalties for Indictment

**Defendants**
**Timothy Allen Horwath**

2: 1 9 - CR 0 0 2 1 6 JAM ⸺ ⸺

**COUNT 1:**          **Timothy Allen Horwath**

VIOLATION:      18 U.S.C. § 2252(a)(2) – Receipt of Child Pornography

PENALTIES:      Maximum 20 years of imprisonment
                Mandatory minimum 5 years of imprisonment
                Maximum $250,000 fine
                Minimum 5 years of supervised release (18 U.S.C. § 3583(k))
                Maximum lifetime supervised release (18 U.S.C. § 3583(k))
                Mandatory $5,100 special assessment (18 U.S.C. §§ 3013, 3014)


## FORFEITURE ALLEGATION:

VIOLATION:      18 U.S.C. § 2253(a) - Criminal Forfeiture

PENALTIES:      As stated in the charging document

14