1  McGREGOR W. SCOTT
   United States Attorney
2  CHRISTINA MCCALL
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America

**SEALED FILED**

DEC 0 5 2019

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:19-CR-00216 JAM |
| Plaintiff, | ORDER TO SEAL |
| v. | (UNDER SEAL) |
| TIMOTHY ALLEN HORWATH, | |
| Defendant. | |

The Court hereby orders that the Indictment, the Petition of Assistant United States Attorney Christina McCall to Seal Indictment, and this Order, in the above-referenced case, shall be sealed until the arrest of the defendant or until further order of the Court.

Dated: 12-5-2019

Hon. Edmund F. Brennan
U.S. MAGISTRATE JUDGE