FILED
December 11, 2019
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br>v.<br><br>TIMOTHY ALLEN HORWATH,<br><br>        Defendant. | Case No. 2:19CR00216-JAM<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release __TIMOTHY ALLEN HORWATH__ , Case No. __2:19CR00216-JAM__ , Charge __18USC § 2252(a)(2)__ , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __     Release on Personal Recognizance

    __     Bail Posted in the Sum of $__

            __     Unsecured Appearance Bond $100,000.00

            __     Appearance Bond with 10% Deposit

            __     Appearance Bond with Surety

            __     Corporate Surety Bail Bond

    ✔     (Other)     __Pretrial conditions as stated on the record.__

**The defendant shall be released on 12/12/2019 to the pretrial services officer.**

Issued at __Sacramento, CA__ on __December 11, 2019__ at __2:49 pm__ .

                                                    By    /s/ Allison Claire
                                                             Allison Claire
                                                              United States Magistrate Judge

Copy 2 - Court