DAVID D. FISCHER (SBN 224900)
LAW OFFICES OF DAVID D. FISCHER, APC
5701 Lonetree Blvd. Suite 312
Rocklin, CA 95765
Tel. (916) 447-8600
Fax (916) 930-6482
E-mail: davefischer@yahoo.com

DAVID W. DRATMAN
ATTORNEY AT LAW
1007 7th Street, Suite 305
Sacramento, CA 95814
Tel. (916) 443-2000
Fax (916) 443-0989
E-Mail: dwdratman@aol.com

Attorneys for Defendant
TIMOTHY HORWATH

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:19-CR-00216 JAM |
| Plaintiff, | STIPULATION AND ORDER CONTINUING THE STATUS CONFERENCE TO APRIL 14, 2020, AT 9:15 A.M. |
| v. | |
| TIMOTHY HORWATH, | |
| Defendant. | |

STIPULATION AND PROPOSED ORDER     1

**STIPULATION**

IT IS HEREBY STIPULATED AND AGREED between the defendant, TIMOTHY HORWATH, by and through his undersigned defense counsel, and the United States of America, by and through its counsel, CHRISTINA MCCALL, Assistant U.S. Attorney, that the status conference presently set for February 4, 2020, should be continued to April 14, 2020 at 9:15 a.m., and that time under the Speedy Trial Act should be excluded from between those dates.

The reasons for the continuance are that the defense is still reviewing discovery already provided, and additional discovery is forthcoming. The government has also offered to conduct a review of the contraband evidence in this case for defense counsel, pursuant to 18 U.S.C. § 3509(m). The continuance is also necessary to ensure continuity of counsel, given other pre-existing commitments for counsel for the defendant. Additionally, counsel for the government is scheduled to begin trial on March 17, 2020, and will be unavailable in early April. Accordingly, the time between February 4, 2020, and April 14, 2020, inclusive, should be excluded from the Speedy Trial calculation pursuant to Title 18, United States Code, Section 3161(h)(7)(B)(iv) and Local Code T-4 for defense preparation. Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.The parties stipulate that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §3161(h)(7)(A).

Dated: January 29, 2020
MCGREGOR SCOTT
U.S. ATTORNEY

/s/ Christina McCall
CHRISTINA MCCALL
Assistant U.S. Attorney
Attorney for Plaintiff

Dated: January 29, 2020                        /s/  David D. Fischer
                                               DAVID D. FISCHER
                                               DAVID W. DRATMAN
                                               Attorneys for Defendant
                                               TIMOTHY HORWATH

## FINDINGS AND ORDER

The Court has read and considered the Stipulation to Continue Status Conference and Exclude Time Under Speedy Trial Act filed by the parties in this matter. The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, demonstrates facts that provide good cause for a finding of excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161.

The Court further finds that: (i) the ends of justice served by the continuance outweigh the best interest of the public and defendant in a speedy trial; and (ii) failure to grant the continuance would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

Nothing in this Order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excluded from the period within which trial must commence.

IT IS SO FOUND AND ORDERED this 30th day of January, 2020.


                                               /s/ John A. Mendez
                                               HON. JOHN A . MENDEZ
                                               U.S. DISTRICT COURT JUDGE