DAVID W. DRATMAN, SBN 78764
ATTORNEY AT LAW
1007 7th Street, Suite 305
Sacramento, CA 95814
Telephone: (916) 443-2000
Fax:          (916) 443-0989
E-Mail:     dwdratman@aol.com


DAVID D. FISCHER, SBN 224900
LAW OFFICES OF DAVID D. FISCHER, APC
5701 Lonetree Blvd., Suite 312
Rocklin, CA 95765
Telephone:   (916) 447-8600
Fax:              (916) 930-6482
E-Mail:       davefischer@yahoo.com

Attorneys for Defendant
TIMOTHY HORWATH

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>   v.<br><br>TIMOTHY HORWATH,<br><br>             Defendant. | CR.S.  No.  2:19-CR-00216 JAM<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER TO MODIFY SPECIALS CONDITIONS OF RELEASE NUMBER 14 AND 15 CONCERNING THE INTERNET** |

IT IS HEREBY STIPULATED by and between McGregor W. Scott, United States Attorney, through Christina McCall, Assistant United States Attorney, attorney for Plaintiff, and David W. Dratman and David D. Fischer, attorneys for defendant Timothy

- 1 -

Horwath, that conditions 14 and 15 of Mr. Horwath's special conditions of release be amended as follows:

14. *You must not access the Internet at any time. Furthermore, the wireless internet at your residence must be password protected and you must not access it at any time;*

15. *You must not use or possess a computer or any device capable of accessing the Internet in your residence or at any other location unless otherwise approved by the pretrial services officer; however, your step-father and mother may have one desktop computer and each of their two iPad devices password protected in their residence;*

Pretrial Services Officer Renee Basurto has spoken to Mr. Timothy Horwath and his stepfather. They are in agreement with the computer room continuing to be locked, the two iPads and desktop to remain inside the locked room at all times and that all, including the wireless internet, is password protected and not accessible to Mr. Timothy Horwath.

Respectfully submitted,

Dated: June 2, 2020

/s/ David D. Fischer
DAVID W. DRATMAN
DAVID D. FISCHER
Attorneys for Defendant
TIMOTHY HORWATH

Dated: June 2, 2020

/s/ David D. Fischer for
CHRISTINA MCCALL
Assistant United States Attorney
Counsel for Plaintiff

**IT IS SO ORDERED**

Dated: June 3, 2020.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

AMENDED <u>**SPECIAL CONDITIONS OF RELEASE**</u>

Re: Horwath, Timothy Allen
No.: 2:19-CR-00216-JAM
Date: June 2, 2020

1. You must report to and comply with the rules and regulations of the Pretrial Services Agency;
2. Your release on bond will be delayed until 9:00am on December 12, 2019, at which time you shall be released by the United States Marshals Service directly to Pretrial Services;
3. You must reside at a location approved by the pretrial services officer and not move or absent yourself from this residence for more than 24 hours without the prior approval of the pretrial services officer;
4. You must cooperate in the collection of a DNA sample;
5. You must restrict your travel to the Eastern District and Northern District of California unless otherwise approved in advance by the pretrial services officer;
6. You must surrender your passport to the Clerk, U.S. District Court, and you must not apply for or obtain a passport or any other travel documents during the pendency of this case;
7. You must not possess, have in your residence, or have access to a firearm/ammunition, destructive device, or other dangerous weapon; additionally, you must provide written proof of divestment of all firearms/ammunition currently under your control;
8. You must refrain from excessive use of alcohol or any use of a narcotic drug or other controlled substance without a prescription by a licensed medical practitioner; and you must notify Pretrial Services immediately of any prescribed medication(s). However, medicinal marijuana prescribed and/or recommended may not be used;
9. You must participate in a program of medical or psychiatric treatment, including treatment for drug or alcohol dependency, as approved by the pretrial services officer. You must pay all or part of the costs of the counseling services based upon your ability to pay, as determined by the pretrial services officer;
10. You must report any contact with law enforcement to your pretrial services officer within 24 hours;
11. You must participate in the following location monitoring program component and abide by all the requirements of the program, which will include having a location monitoring unit installed in your residence and a radio frequency transmitter device attached to your person. You must comply with all instructions for the use and operation of said devices as given to you by the Pretrial Services Agency and employees of the monitoring company. You must pay all or part of the costs of the program based upon your ability to pay, as determined by the pretrial services officer;
12. **HOME DETENTION:** You must remain inside your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court ordered obligations; or other activities preapproved by Pretrial Services;
13. You must not view or possess child pornography as defined by 18 USC 2256(8), except in the presence of your attorney to prepare for your defense;
14. *You must not access the Internet at any time. Furthermore, the wireless internet at your residence must be password protected and you must not access it at any time;*

15. *You must not use or possess a computer or any device capable of accessing the Internet in your residence or at any other location unless otherwise approved by the pretrial services officer; however, your step-father and mother may have one desktop computer and each of their two Ipad devices password protected in their residence;*
16. You must not loiter or be found within 100 feet of any school yard, park, playground, arcade, movie theater, or other place primarily used by children under the age of 18;
17. You must not associate or have verbal, written, telephonic or electronic communication with any person who is under the age of 18, except in the presence of another adult who is the parent or legal guardian of the minor;
18. You must not be employed or participate in any volunteer activities in which there is the likelihood of contact with children under the age of 18;
19. You must not have physical contact with your own minor children without prior approval of Pretrial Services;
20. You must not have any contact with any victims or witnesses in this case;
21. All electronic devices in the home in which you reside must be password protected and kept in a locked room in the home, to which you may not have access; and
22. The room that is locked must have a lock installed on the door within one week.