DAVID W. DRATMAN
Attorney at Law
State Bar No. 78764
1007 7th Street, Suite 305
Sacramento, California  95814
Telephone: (916) 443-2000
Facsimile:  (916) 443-0989
Email: dwdratman@aol.com

DAVID D. FISCHER, SBN 224900
LAW OFFICES OF DAVID D. FISCHER, APC
5701 Lonetree Blvd, Ste 312
Rocklin, CA 95765
Telephone:  (916) 447-8600
Facsimile:  (916) 930-6482
Email:  david.fischer@fischerlawoffice.com

Attorneys for Defendant
TIMOTHY HORWATH

# IN THE UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>TIMOTHY HORWATH,<br><br>　　　　　Defendant. | CR.S.  No.  2:19-CR-00216 JAM<br><br>**STIPULATION AND [PROPOSED] ORDER TO AMEND SPECIAL CONDITIONS OF RELEASE** |

　　　　IT IS HEREBY STIPULATED by and between McGregor W. Scott, United States Attorney, through Christina McCall, Assistant United States Attorney, attorney for Plaintiff, and David W. Dratman and David D. Fischer, attorneys for defendant Timothy

STIPULATION AND [PROPOSED] ORDER TO AMEND SPECIAL CONDITIONS OF RELEASE

1  Horwath, with the concurrence of the Pretrial Services Agency, that the defendant be
2  subject to the conditions in the attached Second Amended Special Conditions of Release,
3  which reflect that Mr. Horwath will now be residing in the Eastern District of California
4  and will be directly supervised by the Pretrial Services Agency in this district.  Attached
5  is the Second Amended Special Conditions of Release drafted by the Pretrial Services
6  Agency.

Respectfully submitted,

Dated:  February 10, 2021        /s/ David D. Fischer
                                 DAVID W. DRATMAN
                                 DAVID D. FISCHER
                                 Attorneys for Defendant
                                 TIMOTHY HORWATH

Dated:  February 10, 2021        /s/ David D. Fischer  for
                                 CHRISTINA MCCALL
                                 Assistant United States Attorney
                                 Counsel for Plaintiff

**IT IS SO ORDERED.**

Dated: February 11, 2021         _____
                                 ALLISON CLAIRE
                                 UNITED STATES MAGISTRATE JUDGE