DAVID D. FISCHER, SBN 224900
LAW OFFICES OF DAVID D. FISCHER, APC
5701 Lonetree Blvd Ste 312
Rocklin, CA 95765
Telephone:   (916) 447-8600
Fax:         (916) 930-6482
E-Mail:      david.fischer@fischerlawoffice.com

DAVID W. DRATMAN, SBN 78764
ATTORNEY AT LAW
1007 7th Street, Suite 305
Sacramento, CA 95814
Telephone:   (916) 443-2000
Fax :        (916) 443-0989
E-Mail: dwdratman@aol.com

Attorneys for Defendant
TIMOTHY HORWATH

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| UNITED STATES OF AMERICA, | Case No. 2:19-cr-00216 JAM |
|---|---|
| Plaintiff, | **CORRECTED STIPULATION AND [PROPOSED] ORDER TO MODIFY CONDITIONS OF PRETRIAL RELEASE** |
| v. | |
| TIMOTHY HORWATH, | |
| Defendant. | |

On December 9, 2019, Mr. Horwath made an initial appearance, and the detention hearing was continued to December 11, 2019. On December 11, 2019, U.S. Magistrate Judge Claire ordered the defendant released on a $100,000 unsecured bond co-signed by the defendant's father, John Horwath. He was also released on conditions.

- 1 -

Special condition of release number 11 requires home confinement. The parties are seeking to modify this condition to remove the home confinement language and impose a curfew instead. The proposed language for Special Condition number 11 is as follows:

**CURFEW: You must remain inside your residence every day from 7 p.m. and 9 a.m., or as adjusted by the pretrial services officer for medical, religious services, employment or court-ordered obligations.**

The reason for this request is that the defendant has a new job and his shifts vary. Mr. Horwath has been supervised by the Pretrial Services Agency since December 2019, and there have been no issues.

Accordingly, the parties ask the Court to adopt this stipulation and proposed order.

Respectfully submitted,

Dated:   April 12, 2021                     /s/ David D. Fischer
                                            DAVID D. FISCHER
                                            Attorney for Defendant
                                            TIMOTHY HORWATH


Dated:   April 12, 2021                     /s/ David D. Fischer for
                                            CHRISTINA MCCALL
                                            Assistant United States Attorney
                                            Counsel for Plaintiff

**ORDER**

**IT IS SO ORDERED**

Dated: April 13, 2021

_____
HON. JEREMY D. PETERSON
U.S. Magistrate Judge