DAVID W. DRATMAN
Attorney at Law
State Bar No. 78764
1007 7th Street, Suite 305
Sacramento, California  95814
Telephone: (916) 443-2000
Facsimile:  (916) 443-0989
Email: dwdratman@aol.com

DAVID D. FISCHER, SBN 224900
LAW OFFICES OF DAVID D. FISCHER, APC
5701 Lonetree Blvd, Ste 312
Rocklin, CA 95765
Telephone:  (916) 447-8600
Facsimile:  (916) 930-6482
Email:  david.fischer@fischerlawoffice.com

Attorneys for Defendant
TIMOTHY HORWATH

# IN THE UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>TIMOTHY HORWATH,<br><br>    Defendant. | CR.S.  No.  2:19-CR-00216 JAM<br><br>**STIPULATION AND [PROPOSED] ORDER TO AMEND SPECIAL CONDITIONS OF RELEASE** |

IT IS HEREBY STIPULATED by and between Phillip Talbert, United States Attorney, through Christina McCall, Assistant United States Attorney, attorney for Plaintiff, and David W. Dratman and David D. Fischer, attorneys for defendant Timothy

1  Horwath, with the concurrence of the Pretrial Services Agency, that the defendant be
2  subject to the conditions in the attached Fourth Amended Special Conditions of Release,
3  which modify special condition number eleven to require the defendant to remain inside
4  his residence every day from 9:00 p.m. to 7:00 a.m..  Attached is the Fourth Amended
5  Special Conditions of Release drafted by the Pretrial Services Agency.

                                              Respectfully submitted,

Dated:  May 4, 2022                /s/ David D. Fischer
                                              DAVID W. DRATMAN
                                              DAVID D. FISCHER
                                              Attorneys for Defendant
                                              TIMOTHY HORWATH

Dated:  May 4, 2022                /s/ David D. Fischer  for
                                              CHRISTINA MCCALL
                                              Assistant United States Attorney
                                              Counsel for Plaintiff

**IT IS SO ORDERED.**

Dated: May 5, 2022                                    _____
                                              ALLISON CLAIRE
                                              UNITED STATES MAGISTRATE JUDGE