UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF CALIFORNIA

## PRETRIAL SERVICES VIOLATION PETITION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>v.<br>Timothy Allen Horwath | Docket No. 2:19-CR-00216-JAM<br>**Federal Charges**: 18:2252(a)(2)- Receipt of Child Pornography; and 18:2253(a)-Criminal Forfeiture |

**COMES NOW,** Renee M. Basurto Pretrial Services Officer of the Court, presenting an official report upon the conduct of Timothy Allen Horwath, who was placed on bond by the Honorable Allison Claire sitting in the Court at Sacramento, California, on December 11, 2019, who imposed the following RELEVANT condition(s) of pretrial release which are at issue in this report:

**RELEVANT CONDITION(S):** 1) You must not access the internet and you must provide proof of the disconnection or termination of this service as required by the pretrial services officer. 2) You must not use or possess a computer or any device capable of accessing the internet in your residence or at any other location unless otherwise approved by the pretrial services officer.

**ALLEGED VIOLATION CONDUCT:** On February 23, 2023, the assigned government prosecutor provided Pretrial Services with a copy of an "Evidence Collected Item Log" as well as the "Receipt for Property" which reflected that the following items were seized from the defendant's home and/or his person on February 22, 2023:

1) A gray iPhone with sim card;
2) Black LG phone;
3) Red iPhone;
4) A gray iPad;
5) Red Doro flip phone with consumer cellular on back and sim card;
6) T-Mobile T9 Hotspot;
7) Alcatel consumer cellular flip phone

In addition, on February 23, 2023, the assigned government prosecutor advised Pretrial Services that a Comcast/Xfinity router was also located at the defendant's residence (hidden underneath a blanket behind the defendant's couch).

**PRAYING THAT THE COURT WILL ORDER** this matter be placed before the Duty Magistrate Judge on February 24, 2023, at 2:00pm.

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted,

/s/ Renee M. Basurto
U.S. Pretrial Services Officer

Dated: February 23, 2023

**ORDER**
_____

☐    The Court hereby orders a bench warrant be issued for the arrest of the defendant.
☐    The Court hereby orders this ex parte motion and order be sealed.
☐    The Court orders a summons be issued with an appearance date of             .
☒    The Court hereby orders this matter placed on the Duty Magistrate Judge's calendar on February 24, 2023 at 2:00 p.m., and orders the Pretrial Services officer to contact the defendant and/or attorney of record to advise them of said order.
☐    The Court orders no action be taken.
☐    Petition submitted by email/pdf and attested to me as true and accurate by telephone consistent with Fed. R. Crim. P. 4.1 and 4(d) before me.

Dated: February 23, 2023

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE