DAVID D. FISCHER
LAW OFFICES OF DAVID D. FISCHER, APC
5701 Lonetree Blvd. Suite 312
Rocklin, CA 95765
Tel.  (916) 447-8600
Fax  (916) 930-6482
E-mail:  david.fischer@fischerlawoffice.com

DAVID W. DRATMAN
ATTORNEY AT LAW
601 University Ave, Suite 145
Sacramento, CA 95825
Tel. (916) 443-2000
Fax (916) 443-0989
E-Mail:  dwdratman@aol.com

Attorneys for Defendant
TIMOTHY HORWATH

## IN THE UNITED STATES DISTRICT COURT FOR THE

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:19-CR-00216 JAM |
| Plaintiff, | OPPOSITION TO GOVT'S MOTION TO REVOKE DEFENDANT'S PRETRIAL RELEASE |
| v. | |
| TIMOTHY HORWATH, | |
| Defendant. | |

## INTRODUCTION

The government alleges that the defendant possessed two iPhones, a LG smart phone, an iPad, and a wireless mobile hotspot. They also found a Comcast Communications internet modem/Wi-Fi router in his apartment that was connected to one of his televisions. Additionally, they found documentation evidencing that he bought an iPhone in December 2020, had an iCloud 200GB storage plan, and had activated a Snapchat account and utilized the

WhatsApp encrypted messaging app to have communications of a sexual nature with adult females.

## ARGUMENT

The government cited the correct legal standard, which is that the Court shall enter an order of revocation and detention if there is a violation of the conditions of release and <u>the person is unlikely to abide by any condition or combination of conditions of release</u>. 18 U.S.C. § 3148(b) (emphasis added).

Assuming the Court finds the defendant has violated a condition of release, the Court could impose more severe conditions that the defendant would agree to address danger or flight risk concerns. The defense proposes that the Court could add a home confinement condition that requires approval from Pretrial Services to go anywhere (currently he is allowed to be away from his residence between 7 a.m. and 9 p.m.). The Court could also require Mr. Horwath to live with his father in Santa Rosa, and his father has agreed to act as his third-party custodian. We have provided his father's information to Pretrial Services. These are conditions of release that Mr. Horwath will abide by.

## CONCLUSION

While violating conditions of release is significant, remanding him into custody is too drastic a step when Mr. Horwath would agree to be placed on home confinement under the most stringent terms, and have his father as a third-party custodian. He would also agree to any other condition the Court deemed appropriate.


Dated:  February 24, 2023                          /s/  David D. Fischer_____
                                                   DAVID D. FISCHER
                                                   DAVID W. DRATMAN
                                                   Attorneys for Defendant
                                                   TIMOTHY HORWATH

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Opposition                                        3