PHILLIP A. TALBERT
United States Attorney
CHRISTINA McCALL
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:19-cr-00216-JAM |
|---|---|
| Plaintiff, | **STIPULATION TO SET CHANGE OF PLEA FOR APRIL 25, 2023, AND EXCLUDE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER** |
| v. | |
| TIMOTHY HORWATH, | DATE: April 18, 2023 |
| Defendant. | TIME: 9:30 a.m. |
| | COURT: Hon. John A. Mendez |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on April 18, 2023.

2. By this stipulation, defendant now moves to continue the hearing until April 25, 2023, for a change of plea hearing (without a plea agreement), and to exclude time between April 18, 2023, and April 25, 2023, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The government has represented that the discovery associated with this case includes investigative reports and other information constituting over 1200 pages, and electronic data from multiple devices, which defense counsel hired a forensic expert to review and analyze. All this discovery has been either produced directly to counsel and/or made available (in the case

of the digital evidence, pursuant to 18 U.S.C. § 3509) for inspection and copying.

  b) Counsel for defendant desires additional time to meet with their client to prepare for the change-of-plea hearing and evaluate and finalize a proposed stipulation regarding deposit of funds into the Court's financial registry to resolve a potential bond forfeiture.

  c) Counsel for defendant believes that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

  d) The government does not object to the continuance.

  e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

  f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of April 18, 2023 to April 25, 2023, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), and B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: April 14, 2023

PHILLIP A. TALBERT
United States Attorney

/s/ CHRISTINA McCALL
CHRISTINA McCALL
Assistant United States Attorney

Dated: April 14, 2023        /s/ David D. Fischer
　　　　　　　　　　　　　　　David W. Dratman
　　　　　　　　　　　　　　　David D. Fischer
　　　　　　　　　　　　　　　Counsel for Defendant
　　　　　　　　　　　　　　　TIMOTHY HORWATH

## ORDER

The Court has read and considered the parties' Stipulation to Continue Hearing until **April 25, 2023**, **at 09:00 a.m**., for a change of plea hearing (without a plea agreement) and Exclude Time Periods Under the Speedy Trial Act. The Court hereby finds that the Stipulation demonstrates facts that provide good cause for a finding of excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and B(iv).

The Court further finds that: (i) the ends of justice served by the continuance outweigh the best interest of the public and defendant in a speedy trial; and (ii) failure to grant the continuance would result in a miscarriage of justice, given continuity of defense counsel, and necessary defense preparation time. Time is excluded under the Speedy Trial Act between April 18, 2023 and April 25, 2023.

Dated: April 14, 2023        /s/ John A. Mendez
　　　　　　　　　　　　　　　THE HONORABLE JOHN A. MENDEZ
　　　　　　　　　　　　　　　SENIOR UNITED STATES DISTRICT JUDGE