PHILLIP A. TALBERT
United States Attorney
CHRISTINA McCALL
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TIMOTHY HORWATH,<br><br>Defendant. | CASE NO. 2:19-cr-00216-JAM<br><br>**STIPULATION AND ORDER REGARDING PAYMENT OF CRIMINAL MONETARY PENALTIES INTO COURT REGISTRY PRIOR TO SENTENCING** |

**INTRODUCTION**

On December 19, 2019, defendant, Timothy Horwath, was released from custody following the federal grand jury's indictment for receipt of child pornography. ECF Nos. 1, 8. The Court set certain conditions on Defendant's release, pursuant to 18 U.S.C. § 3142. ECF Nos. 12 & 14. Defendant's father agreed to serve as his surety. ECF No. 8. Defendant and his surety signed the $100,000 bond and defendant acknowledged the conditions the Court set. ECF Nos. 10 and 12. The conditions of the bond included: "You must not access the Internet and you must provide proof of the disconnection or termination of this service as required by the pretrial services officer;" and "You must not use or possess a computer or any device capable of accessing the Internet in your residence or at any other location unless otherwise approved by the pretrial services officer." ECF No. 14. Pretrial Services officers supervising Horwath did not approve his use of internet-capable devices or internet access.

In December of 2022, law enforcement officers developed probable cause to believe that Horwath was knowingly violating his release order by using smart phones and the internet. Following an investigation, law enforcement officers obtained a federal search warrant to search for evidence of contempt of a court order.

On February 22, 2023, officers served the search warrant at Horwath's residence, and located multiple unauthorized internet-accessible smart phones and digital devices, as well as a working wireless router and receipts for purchase of monthly iCloud storage and an iPhone. ECF No. 63. Once United States Pretrial Services was notified, that office filed a Violation Petition. ECF No. 62. The government moved to revoke defendant's pretrial release (ECF No. 62), and defense opposed the motion (ECF No. 65). Magistrate Barnes ordered Horwath detained following a hearing on the bond violations, finding: (1) there is clear and convincing evidence that defendant violated a condition of release; (2) there is no combination of conditions that would assure the defendant will not flee or pose a danger to the safety of another person or the community; and (3) the defendant is unlikely to abide by any combination of conditions of release. ECF No. 68.

## STIPULATION

The United States, through its counsel, Christina McCall, and Defendant, through his counsel, David D. Fischer and David W. Dratman, hereby enter into the following stipulation as a proposed resolution to the bond violation and bond forfeiture issue:

1. The government and Timothy Horwath agree that he, or any other individual or entity on his behalf, shall deposit a total of $75,000 into the Eastern District of California's Clerk's Office registry no later than 30 days after the filing of this stipulation. They shall submit checks or money orders made payable to "Clerk of Court" and the payment instrument(s) shall reference the case number 2:19-cr-00216-JAM

2. The government and Horwath agree that the money deposited into the Clerk's Office registry on his behalf will be applied to pay any Court-ordered restitution, criminal monetary penalties, and special assessments in this case.

3. The government and Horwath agree that after all restitution, criminal monetary penalties, and special assessments in this case are paid in full, any remaining balance from the $75,000 shall be returned (along with any remaining interest) to him.

4. The government and Horwath therefore jointly request that the Court issue this Proposed Order authorizing the Clerk to accept payments made by or on behalf of Horwath and hold the funds to be applied toward Court-ordered restitution, criminal monetary penalties, and special assessments in this case.

5. If the defendant successfully deposits the $75,000 with the Clerk of the Court, the government agrees not to pursue a bond forfeiture motion, unless Horwath commits a different violation of his pretrial release conditions in the future.

IT IS SO STIPULATED.

Dated: April 20, 2023

PHILLIP A. TALBERT
United States Attorney

/s/ CHRISTINA McCALL
CHRISTINA McCALL
Assistant United States Attorney

Dated: April 20, 2023

/s/ David D. Fischer
David W. Dratman
David D. Fischer
Counsel for Defendant
TIMOTHY HORWATH

## ORDER

The Court, having considered the Stipulation Regarding Payment of Criminal Monetary Penalties Into Court Registry Before Sentencing, the Stipulation having been executed by the United States and defendant's counsel, and good cause appearing, **IT IS HEREBY ORDERED:**

1. The Stipulation is **APPROVED** in its entirety.

2. The Clerk of Court for the Eastern District of California shall accept checks or money orders totaling $75,000 from the defendant, or any other individual or entity on his behalf, and shall hold such funds in the Clerk's Registry, including interest earned thereon, for crediting towards the defendant's restitution obligation, other criminal monetary penalties, and special assessments, and pending the further order of this Court.

3. The payment instrument(s) shall be made payable to the "Clerk of Court" and be delivered to:

> OFFICE OF THE CLERK
> 501 I Street, Suite 4-200
> Sacramento, CA 95814

The payment instrument(s) shall include the case number 2:19-cr-00216-JAM.

4. Any remaining balance from the $75,000 deposit, after all of the defendant's Court-ordered restitution, criminal monetary penalties, and/or special assessments are paid, shall be returned (with interest) to the defendant.

5.
Dated: April 20, 2023

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE