PHILLIP A. TALBERT
United States Attorney
CHRISTINA McCALL
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TIMOTHY HORWATH,<br><br>Defendant. | CASE NO. 2:19-cr-00216-JAM<br><br>**STIPULATION AND ORDER CONTINUING THE SENTENCING HEARING TO SEPTEMBER 26, 2023**<br><br>DATE: August 22, 2023<br>TIME: 9:00 a.m.<br>COURT: Hon. John A. Mendez |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate:

1. By previous order, this matter was set for sentencing on August 22, 2023. The Court is no longer available to hear matters on August 22, 2023.

2. By this stipulation, the parties move to continue the hearing until September 26, 2023, for the sentencing hearing.

//
//
//
//

STIPULATION TO CONTINUE SENTENCING HEARING

1

3. The assigned U.S. Probation Officer is available on September 26, 2023.

IT IS SO STIPULATED.

Dated: August 9, 2023                                PHILLIP A. TALBERT
                                                     United States Attorney

                                                     /s/ CHRISTINA McCALL
                                                     CHRISTINA McCALL
                                                     Assistant United States Attorney

Dated: August 9, 2023                                /s/ David D. Fischer
                                                     David W. Dratman
                                                     David D. Fischer
                                                     Counsel for Defendant
                                                     TIMOTHY HORWATH

**ORDER**

The Court has read and considered the parties' stipulation to continue the sentencing hearing in this case.  The sentencing hearing is now **SET** for **September 26, 2023, at 09:00 a.m**.

Dated: August 09, 2023

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE